1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   T.M.,                                    Case No. 2:20-cv-03823-JLS-SHK

12                              Plaintiff,

13              v.

14   ANDREW M. SAUL, Commissioner of          ORDER ACCEPTING FINDINGS
     Social Security,                         AND RECOMMENDATION OF
15                                            UNITED STATES MAGISTRATE
                                              JUDGE
16                              Defendant.

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' Joint

18   Stipulation, the relevant records on file and the Report and Recommendation of the

19   United States Magistrate Judge.  The time for filing objections having passed and

20   none being filed, the Court accepts the findings and recommendation of the

21   Magistrate Judge.

22        IT IS THEREFORE ORDERED that Judgment be entered **REVERSING**

23   the final decision of the Commissioner of the Social Security Administration and

24   **REMANDING** the case for further administrative proceedings.

25

26

27   DATED:  05/26/2021          _____

28                               HON. JOSEPHINE L. STATON
                                 United States District Judge