**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.M., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:20-cv-03823-JLS-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is **REVERSED** and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with this Court's Order Accepting the Findings and Recommendation of the United States Magistrate Judge.

DATED: 05/26/2021

_____
HON. JOSEPHINE L. STATON
United States District Judge